**No. 58053.**—Acrow, Incorporated *v.* United States, protests 175001–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 29, 1954

**No. 58054.**—The Ambriola Co., Inc., et al. *v.* United States, protests 162773–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiffs was sustained.

**No. 58055.**—Chekiang Co. and Hensel, Bruckmann & Lorbacher, Inc., et al. *v.* United States, protests 209472–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of silent butlers, smoothing irons, and trays similar in all material respects to those the subject of *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.

**No. 58056.**—Distilled Liquors Import Co., Inc. *v.* United States, protest 112927–K (Cleveland).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.